LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:   (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CROSSBOW CEMENT SA

                Plaintiff,

     - against -

MOHAMED ALI SALEH AL-HASHEDI &
BROTHERS

                Defendant.

-------------------------------------------------------------X

ECF CASE

08 Civ. 5074 (HB)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff CROSSBOW CEMENT SA represents to this Honorable Court that said Plaintiff has no U.S. corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       June 3, 2008

                                   **LAW OFFICES OF RAHUL WANCHOO**
                                   Attorneys for Plaintiff
                                   CROSSBOW CEMENT SA

                                   By: _/s/ Rahul Wanchoo_
                                      Rahul Wanchoo (RW-8725)