UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CROSSBOW CEMENT SA,

                                                            08 Civ. 5074 (HB)

                   Plaintiff,          **NOTICE OF APPEARANCE**

       -against-

MOHAMED ALI SALEH AL-HASHEDI &
BROTHERS

                   Defendants.
-----------------------------------------------------------X

       PLEASE TAKE NOTICE, that pursuant to Admiralty Rule E(8), defendant, MOHAMED ALI SALEH AL-HASHEDI & BROTHERS, hereby makes a restricted appearance for this claim only, and that the undersigned has been retained as attorneys for said defendants, and hereby demands that all papers in this action be served at the address set forth below.

Dated:  New York, New York
           July 9, 2008

                                            BERNSTEIN & BERNSTEIN, L.L.P.
                                            Attorneys for Defendants

                         By:  _____
                              STEPHEN JACOBSON (SJ 3615)
                              BERNSTEIN & BERNSTEIN, L.L.P.
                              19 West 44th Street, Suite 1500
                              New York, New York 10036
                              (212) 608-0053 - phone
                              (212) 608-0054 - fax
                              stephjacob@aol.com

To:    Law Offices of Rahul Wanchoo

Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
(646) 593-8866 - phone
(212) 618-0213 - fax
rwanchoo@wanchoolaw.com