UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CROSSBOW CEMENT SA,

                                                                        08 Civ. 5074 (HB)

                      Plaintiff,

         -against-

MOHAMED ALI SALEH AL-HASHEDI &
BROTHERS

                    Defendants.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant certifies that the following are corporate parents, subsidiaries or affiliates of the defendants.

                NONE.

Dated: New York, New York
         July 9, 2008

                                                  BERNSTEIN & BERNSTEIN, L.L.P.
                                                  Attorneys for Defendants

                          By: _____
                                                  STEPHEN JACOBSON (SJ 3615)
                                                  BERNSTEIN & BERNSTEIN, L.L.P.
                                                  19 West 44th Street, Suite 1500
                                                  New York, New York 10036
                                                  (212) 608-0053 - phone
                                                  (212) 608-0054 - fax
                                                  stephjacob@aol.com

To:   Law Offices of Rahul Wanchoo
      Attorneys for Plaintiff
      Empire State Building
      350 Fifth Avenue, 59th Floor
      New York, New York 10118
      (646) 593-8866 - phone
      (212) 618-0213 - fax
      rwanchoo@wanchoolaw.com