UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CROSSBOW CEMENT SA,

                                                    08 Civ. 5074 (HB)

                 Plaintiff,          **NOTICE OF MOTION TO**
                                                    **VACATE THE ATTACHMENT**

        -against-

MOHAMED ALI SALEH AL-HASHEDI &
BROTHERS

                 Defendant.
------------------------------------------------------------X

      Upon the annexed Declaration of Stephen Jacobson and accompanying Memorandum of Law, and all pleadings heretofore had herein, Defendant will move this Court before the Honorable Harold Baer, United States Courthouse, 500 Pearl Street, Courtroom 23B, New York, New York, on the _____ day of _____, 2008 at _____ o'clock in the __.m, or as soon thereafter as the parties can be heard, for an Order pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, vacating the Order of June 3, 2008, for lack of subject matter jurisdiction, and Process fo Maritime Attachment and Garnishment obtained and served by the Plaintiff pursuant thereto.

Dated:  New York, New York
         July 9, 2008

                                                      BERNSTEIN & BERNSTEIN, L.L.P.
                                                      Attorneys for Defendant

                        By:          s/
                              STEPHEN JACOBSON (SJ 3615)
                              BERNSTEIN & BERNSTEIN, L.L.P.
                              19 West 44th Street, Suite 1500
                              New York, New York 10036

                                 (212) 608-0053 - phone
                                 (212) 608-0054 - fax
                                 stephjacob@aol.com


To:    Law Offices of Rahul Wanchoo
         Attorneys for Plaintiff
         Empire State Building
         350 Fifth Avenue, 59th Floor
         New York, New York 10118
         (646) 593-8866 - phone
         (212) 618-0213 - fax
         rwanchoo@wanchoolaw.com