UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CROSSBOW CEMENT SA,

                                                  08 Civ. 5074 (HB)

            Plaintiff,

        -against-

MOHAMED ALI SALEH AL-HASHEDI &
BROTHERS

           Defendant.
------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

To:    **Attorney Admission Clerk and All Other Parties**.

Pursuant to Local Rile 1.3 of this Court, Please take notice of the following attorney information change for STEPHEN H. JACOBSON.

I am a U.S.D.C. Southern District of New York attorney. My Bar Number is 3615.

My new address is:    BERNSTEIN & BERNSTEIN, L.L.P.
                              19 West 44th Street, Suite 1500
                              New York, New York 10036
                              212) 608-0053 - phone
                              (212) 608-0054 - fax
                              stephjacob@aol.com

Dated: New York, New York
          July 11, 2008

                                          By:  _____
                                               STEPHEN JACOBSON (SJ 3615)