

محمد علي صالح الحاشدي واخيه

# MOHAMED ALI SALEH AL-HASHEDI & BRO.

**M.A.S.H.**

Ref MASH/187/2009    المرجع        Date: 17/05/2009    التاريخ

**To** : **New York Southern District Court. New York.**

**Kind Att** : The Honorable District Judge Harold Bear.

**Ref** : **CASE No. 08 Civ. 5074 (HB)**

This is to bring to yr kind notice that our Attorney has been suspended from law office and Plaintiff Lawyer has withdrawn from the above mentioned case due to non payment of his fees and also in another case also CIV 08 11237.

Hence we beg yr kind mercy to Vacate "Attachment Order" or issue your kind judgements in this case.

Accept our best regards.
Ibrahim Al-Hashedi.
General Manager.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09

RECEIVED
MAY 18 2009
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

MOHAMED ALI SALEH AL-HASHEDI & BRO
P.O.Box - 5499.
MAFRAQ MAWIYA, ALGANAD.
TAIZ - REPUBLIC OF YEMEN.
TEL: +967-4-218305 / 218160
FAX: +967-4-218158 / 218208
MOB: +967-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
EMAIL: rsd@YEMEN.NET.YE
EMAIL: rsd@Y.NET.YE

Perhaps you should arrange a conference call with all parties & [illegible] try to explain at least what the [illegible]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 5/18/09

2/1878 س ت ( 967-4-218208 ) فاكس ( 967-4- 218159/160/305) [Arabic text] 5499
P.O. BOX 5499, TAIZ - YEMEN REPUBLIC HEAD OFFICE TEL ( 967 4 218159 ...) 305 ... 218208 / ... 2/1878

Endorsement:

    Perhaps you should arrange a conference call with all parties and I will try to explain at least what I know and you can fill in any blanks.