# BLANK ROME LLP
COUNSELORS AT LAW

Phone:  (212) 885-5149
Fax:    (917) 332-3720
Email:  JHarwood@BlankRome.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 22 JUL 2009

June 11, 2009

**BY HAND**
Hon. ~~Harold Baer~~ Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The conference is set for 7/29/09 at 2:45 pm in Courtroom 20-C

SO ORDERED

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: Crossbow Cement S.A. v. Mohamed Ali Saleh Al-Hashedi and Brothers
    08 Civ. 5074 ~~(HB)~~ (PAC)

**MEMO ENDORSED**

Dear Judge Baer:

We are new attorneys for the Rule B defendant Mohamed Ali Saleh Al-Hashedi. The Court, by order dated June 1, 2009 entered a notice of dismissal, transferred defendant's funds to the Court's registry; relieved Mr. Wanchoo as counsel for plaintiff and dismissed the action without prejudice.

Nothing is happening in the GAFTA arbitration required under the Sales Contract. Defendant's funds have been consigned to sit in "limbo."

We respectfully request that the Court schedule a conference so that we can seek restoration of the action to the Court's active docket and file a motion to vacate.

Respectfully submitted,

Jeremy J.O. Harwood

JJH:rk

cc: Rahul Wanchoo, Esq. (by fax)

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong

900200.00001/6753205v.1